JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GARY LEE LEGG, JR., <br>     Plaintiff, <br>     v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br>     Defendant. | No. 5:20-cv-02031-JWH-MAA <br><br> JUDGMENT |

    Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 05/28/21

                                            HON. MARIA A. AUDERO
                                            United States Magistrate Judge